THOMAS O. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
PRIYA SOPORI(CA State Bar No. 210837)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-4896
    Facsimile:  (213) 894-0141
    E-mail:    priya.sopori@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
CLERK, U.S. DISTRICT COURT
MAY 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

        UNITED STATES DISTRICT COURT

      FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )    No. 08-1205M
                                 )
              Plaintiff,         )    [PROPOSED] ORDER FOR
                                 )    DESIGNATING AND DETAINING
         v.                      )    MATERIAL WITNESSES WITH
                                 )    APPEARANCE BOND SECURED BY
DANIEL PENA, et al.,             )    THIRD PARTY AFFIDAVIT OF
                                 )    SURETY WITHOUT JUSTIFICATION
              Defendants.        )
                                 )
_____)

     FOR GOOD CAUSE SHOWN, and pursuant to 18 U.S.C. § 3144, IT

IS HEREBY ORDERED that the following persons are hereby declared

to be material witnesses in the above-captioned case:

     1.    Ana Violeta Higueros

     2.    Silvia Lucretia Blanco-Higueros

     3.    Iris Garcia-Garcia

     4.    Iris Margarita Montenegro-Cuestas

     5.    Yenis Maricela Ramirez-Cuadra

     6.    Jeremias Antonio Serrano-Rauno

     7.    Jose Miguel Garcia

8.   Griselda Villanueva

9.   Efrain Slagero-Pinto

10.  Walter Antonio Navas-Castillo

11.  Jose Salvador Ortega-Cruz

12.  Santos Israil Mendoza-Portillo

13.  Juan Ascencio-Martinez

14.  Pablo Rodriguez Ventura

15.  Luis Anibal Salgado-Zuniga

IT IS HEREBY FURTHER ORDERED that these aforementioned material witnesses shall be bound over to the custody of the United States Marshal, Central District of California, or in the alternative, released under the following conditions to assure their presence at trial:

(1)  the furnishing of a $5,000 appearance bond secured by a third-party affidavit of surety without justification (with approval of the surety by Pre-trial Services); and

(2)  Pre-trial Services supervision.

DATED:  5/23/08

_____
HONORABLE VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE

Presented by:

_____
PRIYA SOPORI
Assistant United States Attorney

2